UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Diane Kennedy</u>

            v.                                      Civil No. 09-cv-413-JD

<u>Clinique Services LLC</u>

ORDER STRIKING DOCUMENT IN ACCORDANCE WITH FED. R. CIV. P. 5(d)

DOCUMENT/FILER:   #12, Initial Disclosure Pursuant to FRCP 26(a)(1), filed by Defendant

DATE FILED:            April 10, 2010

      The document above fails to comply with: Fed. R. Civ. P. 5(d)

      Disclosures under Rule 16(a)(1) or (2) . . . must not be filed until they are used in the proceeding or the court orders filing.

      It is herewith ordered that Document #12 is stricken and shall be removed from the docket.

      SO ORDERED.

April 13, 2010

                                          */s/ Joseph A. DiClerico, Jr.*
                                          Joseph A. DiClerico, Jr.
                                          United States District Judge

cc:   Christopher Grant, Esq.
       Michael Johnson, Esq.